UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS M. VEGA, | No. CV 08-4531 VBF (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: July 31, 2008

VALERIE BAKER FAIRBANK
United States District Judge